UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMARA JONES ALRAMLAWI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:13-cv-01715-SEB-DML ) |
| HOLLYWOOD CASINO LAWRENCEBURG, | ) ) ) |
| Defendant. | ) ) |

## Order Setting Status Conference

The court sets this case for a telephone status conference on **April 4, 2014, at 11:30 a.m. (Eastern),** with Magistrate Judge Debra McVicker Lynch. The plaintiff and counsel for defendant are to contact the court at 317.229.3630 to participate in the conference.

So ORDERED.

Date: 02/18/2014

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Service via first-class U.S. Mail on:

TAMARA JONES ALRAMLAWI
1631 Carriage Circle
Shelbyville, IN 46176