UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TAMARA JONES ALRAMLAWI, | ) | CASE NO. 1:13-cv-01715 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| HOLLYWOOD CASINO | ) | |
| LAWRENCEBURG (as written), | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Plaintiff's Motion to Reschedule Status Conference. The Court, having considered Plaintiff's motion, **GRANTS** Plaintiff's request. The April 4 conference is continued and RESET for **April 18, 2014, at 11:00 a.m.** Counsel are directed to contact the court at 317.229.3630 to participate in the conference.

So ORDERED.

Date: 04/01/2014

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated through the court's ECF system